**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**GOOD WORKS HOUSING LLC**        **:**    **CHAPTER 11, SUBCHAPTER V**

                                        **:**

    **Debtor.**                 **:**    **BANKRUPTCY NO. 25-12224-djb**

**MOTION TO RESCHEDULE CONFIRMATION HEARING AND TO
EXTEND CERTAIN RELATED DEADLINES IN SEPTEMBER 3, 2025
ORDER SETTING HEARING ON CONFIRMATION OF PLAN
AND RELATED DEADLINES, WITH NOTICE THEREOF**

The Debtor, Good Works Housing LLC, by and through counsel, Regional Bankruptcy Center of Southeastern PA, P.C., hereby requests that the Court issue an amended case management order in the form attached to this Motion, and in support thereof respectfully represents as follows:

1.    This case was filed by the Debtor on June 2, 2025, to address the Debtor's obligation on a mortgage and other debts.

2.    Richard E. Furtek, CPA, has been appointed as the Subchapter V Trustee.

3.    On September 3, 2025, the Court entered an Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof.

4.    On September 5, 2025, the Debtor served the Plan of Reorganization together with a copy of the Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof, and ballots conforming with Official Form 314 in compliance with the procedure set forth by the Court.

5.    Based on responses, ballots, objections and conversations with creditors and their counsel, the Debtor will both want to file objections to certain claims, revise the Plan of Reorganization, and work with the Subchapter V Trustee to attempt to reach a consensual Plan of

Reorganization with all or most creditors.

6.     The hearing on the Debtor's Motion to Sell Property Free and Clear of Liens with respect to one real property has been continued until November 4, 2025.

7.     The Debtor needs additional time to negotiate with certain creditors with the assistance of the Subchapter V Trustee, to obtain determinations on objections to certain claims, and to revise the Plan of Reorganization in order to successfully obtain confirmation of the Plan.

8.     The Debtor has reviewed the proposed Amended Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof with the U.S. Trustee and Subchapter V Trustee, who each have no objection to the Amended Order.

WHEREFORE, the Debtor requests this Honorable Court to grant the foregoing Motion and to enter the attached Amended Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof.

Respectfully Submitted,
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C.

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Counsel for Debtor