**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **GOOD WORKS HOUSING LLC** | **:** | **CHAPTER 11, SUBCHAPTER V** |
| | **:** | |
| **Debtor.** | **:** | **BANKRUPTCY NO. 25-12224-djb** |

### CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on September 29, 2025, copies of the Debtor's Motion to Reschedule Confirmation Hearing and to Extend Certain Related Deadlines in September 3, 2025 Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof, were served on the following parties by Court-generated ECF notice, and/or I served copies by e-mail and/or by first class mail, postage prepaid, as indicated below, to the following addresses:

Richard E. Furtek, CPA                    (ECF Notice; e-mail to rfurtek@furtekassociates.com)
Subchapter V Trustee
Furtek & Associates LLC
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA  19355

Frederic J. Baker, Esquire             (ECF Notice; e-mail to John.Schanne@usdoj.gov)
Sr. Assistant United States Trustee
Attention:  John Henry Schanne, Esquire
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

U.S. Bank, Trust Company, N.A.,     (ECF Notice; e-mail to seisenberg@sterneisenberg.com;
as Trustee for Velocity Commercial     bkecf@sterneisenberg.com)
Capital Loan Trust 2023-1
c/o Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA  18976

(continued on next page)

Service List (continued):

Sherman Bridges Alt Fund, LP          (ECF Notice; e-mail to rsomach@norris-law.com)
c/o Richard Brent Somach, Esquire
Norris McLaughlin, P.A.
515 West Hamilton Street, Suite 502
Allentown, PA  18101

Wilmington Savings Fund Society, FSB   (E-mail to jblank@mwclaw.com; and
c/o Jerome Blank, Esquire                EscalatedPA@mwc-law.com)
McCabe, Weisberg & Conway
1420 Walnut Street, Suite 1501
Philadelphia, PA  19102

City of Philadelphia and Water Revenue Bureau  (ECF Notice; e-mail to Megan.Harper@phila.gov)
c/o Pamela Elchert Thurmond, Esquire
   and Megan N. Harper, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

Philadelphia Community Development   (ECF Notice; e-mail to kladd@utbf.com)
   Coalition, Inc.
c/o Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees
17 West Gay Street, Suite 200
West Chester, PA  19380

Equidity Investment Group LLC       (First Class Mail)
7801 Bustleton Avenue, Suite 203
Philadelphia, PA  19152

Independent Investors             (First Class Mail)
24 Shawnee Court
Medford, NJ  08055

PECO - Bankruptcy Unit         (E-mail to Lynn R. Zack, Esquire)
2301 Market Street, S4-1
Philadelphia, PA 19103

(continued next page)

Service List (continued):

| | |
|---|---|
| Philadelphia Gas Works<br>800 West Montgomery Avenue<br>Attention:  Bankruptcy Department 3F<br>Philadelphia, PA  19122 | (E-mail to Pearl Pham, Esquire) |
| First Trust Bank<br>c/o Peter E. Meltzer, Esquire, and<br>    Sarah A. Elia, Esquire<br>Weber Gallagher<br>2000 Market Street, Suite 1300<br>Philadelphia, PA  19103 | (E-mail to pmeltzer@wglaw.com; and<br> selia@wglaw.com) |
| Mercedes Benz<br>c/o Elisabeth Von Eitzen, Esquire<br>Warner Norcross + Judd LLP<br>180 East Water Street, Suite 7000<br>Kalamazoo, MI  49007 | (E-mail to EVonEitzen@wnj.com) |
| All Other Creditors on the Clerk's Notice List | (ECF Notice) |
| Anthony S. Goodwin, Jr.<br>8 Chipley Run<br>Voorhees, NJ  08043 | (E-mail) |
| Aleksander Allen<br>505 Covington Terrace<br>Moorestown, NJ  08057 | (E-mail) |
| Good Works Housing LLC<br>207 East Broad Street<br>Palmyra, NJ  08065 | (E-mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Counsel for Debtor