**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **GOOD WORKS HOUSING LLC** | **:** | **CHAPTER 11, SUBCHAPTER V** |
| | **:** | |
| **Debtor.** | **:** | **BANKRUPTCY NO. 25-12224 (DJB)** |

**AMENDED ORDER SETTING HEARING ON CONFIRMATION OF PLAN**
**AND RELATED DEADLINES, WITH NOTICE THEREOF**

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code;

**AND** the Debtor's proposed plan of reorganization (the "Plan") having been filed on September 2, 2025 (Dkt. No. 74);

**IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedures related to the Plan in this case:

1.     **Confirmation Hearing**.  The Court shall hold a hearing on confirmation of the Plan on **Tuesday, November 4**, **2025 at 1:00 p.m.** (rescheduled from October 14, 2025), in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, Courtroom 2, 900 Market Street, Philadelphia, PA 19107.  The Confirmation Hearing may be adjourned from time to time by announcement made in open court without further notice.

2.     **Service of Plan Documents**.  Pursuant to Fed. R. Bankr. P. 3017(d), **on or before Friday, September 5, 2025**, counsel for the Debtor shall transmit a copy of (a) the Plan, (b) this Order or a notice of its provisions, and (c) a ballot conforming with Official Form 314, to all creditors, equity security holders, the Subchapter V Trustee, the United States Trustee, the Debtor, and all other parties on the Clerk's Service List by first class mail. Counsel for the

Debtor shall promptly file a Certificate of Service with the Court reflecting such mailing.

3.      **Record Date/Deadline to Make § 1111(b)(2) Election**.  Pursuant to Fed. R. Bankr. P. 3017.2(b) and 3014(a)(2), **Wednesday, September 17, 2025**, is fixed as (a) the record date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security to be eligible to accept or reject the Plan; and (b) last day for filing and serving any notice of an election under § 1111(b) of the Bankruptcy.

4.      **Voting on the Plan**.  Pursuant to Fed. R. Bankr. P. 3017.2(a), **Thursday, October 16, 2025**, is the extended deadline for submitting acceptances or rejections of the Debtor's Plan.  Acceptances and rejections must be submitted to the Debtor's attorney:

> Roger V. Ashodian, Esquire
> Regional Bankruptcy Center of Southeastern PA, P.C.
> 101 West Chester Pike
> Suite 1A
> Havertown, PA  19083

5.      **Objections to Plan**.  Pursuant to Fed. R. Bankr. P. 3020(b)(1), **Thursday, October 16, 2025**, is fixed as the last day for filing and serving written objections to (a) confirmation of the Plan; or (b) the adequacy of the disclosures required under § 1190(1) of the Bankruptcy Code.  Any objections to the Plan shall be accompanied by a memorandum of legal authorities supporting such objection. Objectors must serve the Debtor, counsel for Debtor, the Subchapter V Trustee, the United States Trustee, and the Clerk's Service List.  However, any objection based on the failure of the Debtor to meet the requirements of § 1129(a)(8) of the Bankruptcy Code may be raised at the Confirmation Hearing.  The Court will not consider untimely objections if such delay prejudices the Debtor, other interested parties, or the progress of the case.

6.      **Report of Plan Voting/Confirmation Brief/Proposed Order.**  On or before

**Thursday, October 30, 2025,** the Debtor shall file (a) a report of plan voting with the Court; and (b) a memorandum of legal authorities addressing the requirements of § 1191 of the Bankruptcy Code and any unresolved objections filed to the Plan; and (c) under a notice coversheet, a proposed order confirming the Plan.

       7.      **Confirmation Declarations**.  On or before **Friday, October 31, 2025**, the Debtor should file a declaration containing the factual basis upon which the Debtor relies in establishing that each of the applicable requirements of § 1191 of the Bankruptcy Code is met.  Objectors intending to present witnesses may submit declarations in lieu of direct examination on factual issues raised in any objections.

BY THE COURT:

_____
HONORABLE DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

**Date: October 6, 2025**