IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



In re:  : Chapter 11
GOOD WORKS HOUSING LLC,  :
    Debtor  : Case No. 25-12224 (DJB)

MOTION OF ~~[struck through]~~ Jane Doe TO CONVERT CASE
TO CHAPTER 7 UNDER 11 U.S.C. §1112(b)

Movant, ~~[struck through]~~ Jane Doe ("Movant"), respectfully moves for entry of an Order converting this Chapter 11 case to a case under Chapter 7 and states as follows:

1. Movant is a creditor of the Debtor and files this Motion pursuant to 11 U.S.C. §1112(b).

2. Section 1112(b) provides that "on request of a party in interest… the court shall convert a case under this chapter to a case under chapter 7 for cause."

3. Cause exists for conversion, including but not limited to:

    a. **Gross mismanagement of the estate**, including incomplete and inaccurate disclosures of financial activity;

    b. **Unreported rental income**, including income received through Booking.com and rental agreements associated with properties owned by the Debtor;

    c. **Commingling of personal and business funds**, including rental proceeds and other income being deposited into personal accounts of the Debtor's managing member;

    d. **Failure to provide accurate financial reporting**, including discrepancies related to income, expenses, and operational activity;

    e. **Questionable financial transactions**, including mentorship program income, funding links, wholesale activities, and property activity inconsistent with bankruptcy schedules;

    f. **Lack of feasibility of continued reorganization**, given the inconsistencies in the Debtor's disclosures and the absence of reliable financial information;

    g. **Material misstatements and omissions** that prevent the Court and creditors from evaluating the Debtor's true operations and financial condition.

4. Conversion to Chapter 7 is in the best interests of creditors because a Chapter 7 trustee would:

- conduct an independent investigation,
- review all financial accounts and transfers,
- evaluate unreported rental activity,
- examine potential commingling,
- ensure proper liquidation of assets,
- and protect the integrity of the estate.

5. Movant has prepared supporting exhibits and documentation, which will be filed under seal upon the Court's ruling on Movant's pending Motion to Proceed Under Pseudonym and Motion to Seal.

WHEREFORE, Movant respectfully requests that this Court enter the attached Proposed Order converting this case to a case under Chapter 7 and granting such other relief as is just and proper.

Dated: 12/02/25

Respectfully submitted,

Jane Doe

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 11
GOOD WORKS HOUSING LLC, :
   Debtor : Case No. 25-12224 (DJB)
_____ :

### ORDER CONVERTING CASE TO CHAPTER 7

AND NOW, this ____ day of _____, 2025, upon consideration of the Motion to Convert Case to Chapter 7 filed by Anonymous Creditor, and after due notice and hearing, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. This case is hereby CONVERTED to a case under Chapter 7.

3. The United States Trustee shall appoint a Chapter 7 Trustee forthwith.

IT IS SO ORDERED.

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 11
GOOD WORKS HOUSING LLC, :
   Debtor : Case No. 25-12224 (DJB)
  :

## CERTIFICATE OF SERVICE

I hereby certify that on ___12/02___, 2025, I served a true and correct copy of the "Motion to Convert Case to Chapter 7" and the "Proposed Order" upon the following parties via email:

DEBTOR'S COUNSEL:
Roger V. Ashodian, Esq.
rashodian@schollashodian.com

UNITED STATES TRUSTEE:
John Schanne, Esq.
John.Schanne@usdoj.gov
ustpregion03.ph.ecf@usdoj.gov

Dated: ___12/02___, 2025

___Jane Doe___
Anonymous Creditor
(Unredacted sealed signature included in sealed version)