25-12224

# MOTION TO SEAL

MOTION TO SEAL EXHIBITS TO MOTION TO CONVERT

Creditor Jane Doe ("Movant"), proceeding under approved pseudonym, respectfully moves to seal the exhibits filed in support of the Motion to Convert Case to Chapter 7.

1. Exhibits contain confidential personal and financial information.
2. Disclosure risks harm and violates sealing order already granted.
3. Sealing is narrowly tailored.

WHEREFORE Movant requests entry of the attached Proposed Order.

Dated: December 4, 2025
Jane Doe
Address Redacted for Safety

*/s/ Jane Doe*



## PROPOSED ORDER

ORDER GRANTING MOTION TO SEAL

AND NOW, this ___ day of _____, 2025, upon consideration of the Motion to Seal, it is ORDERED:

1. The Motion is GRANTED.
2. Exhibits to the Motion to Convert shall be SEALED.
3. Access restricted to Court, U.S. Trustee, and any Chapter 7 trustee.

IT IS SO ORDERED.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2025, I served true and correct copies of the following documents:
• Notice of Motion
• Motion to Seal Exhibits to Motion to Convert
• Proposed Order Granting Motion to Seal
• Public Redacted Motion to Convert Case to Chapter 7

by **email service** upon the following parties:

**Counsel for the Debtor:**
Roger V. Ashodian, Esq.
Community Legal Services, Inc.
Email: *(insert email address here)*

**United States Trustee:**
Office of the U.S. Trustee
Email: *(insert email address here)*

Dated: December 4, 2025

Respectfully submitted,

*/s/ Jane Doe*

Jane Doe
(Proceeding under pseudonym pursuant to Court Order)
Address Redacted for Safety

FILED
DEC 4 2025
CLERK OF COURT
BY _____ DEP. CLERK

Case 25-12224 (DJB)