# Exhibit "C"

**Good Works Housing LLC - Rent Roll**

| Property | Tenant(s) | Lease Term | Monthly Rent |
|---|---|---|---|
| 505 W. Dauphin Street First Floor | Naim Brinson | until 5-1-26 | $ 1,250.00 |
| 505 W. Dauphin Street Second Floor | Dana Doughty | until 8-31-26 | $ 1,250.00 |
| 1311 S. 47th Street Unit 1 | Kevin Baker | until 4-1-26 | $ 1,350.00 |
| 1311 S. 47th Street Unit 2 | Nicola Taylor | until 2-2-26 | $ 1,450.00 |
| 1311 S. 47th Street Unit 3 | Azim Davis | until 4-2-26 | $ 1,450.00 |
| 1927 S. Salford Street | Jetaine Taylor | until 6-6-26 | $ 1,750.00 |
| TOTAL | | | $ 8,500.00 |