UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
In re: Case No. 25-12224-djb
GOOD WORKS HOUSING LLC, Chapter 11, Subchapter V
Debtor.
MOTION TO APPOINT AN EXAMINER PURSUANT TO 11 U.S.C. § 1104(c)
Aleksander Allen ("Movant"), a creditor in this Chapter 11, Subchapter V case, respectfully moves this Court for entry of an order directing the appointment of an examiner pursuant to 11 U.S.C. § 1104(c), and in support states as follows:

I. Relief Requested

1. Movant requests the appointment of an examiner with limited scope authority to investigate and report to the Court regarding (a) compliance with notice requirements for creditors (including mailing lists/matrix and certificates of service for key deadlines); and (b) the circumstances and accuracy of documents and representations relating to Movant's asserted secured claim connected to 505 W. Dauphin Street, Philadelphia, PA 19133.

II. Jurisdiction

2. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

III. Background

3. Movant asserts a claim arising from funds advanced in the amount of $71,000 relating to the Property. Movant filed Proof of Claim No. 14 on November 24, 2025, and the Debtor objected (Doc. 154).

4. Movant is pro se and, at present, does not have full electronic access to the docket history. Movant did receive certain plan/voting-related mailings but does not recall receiving clear notice of the claims bar date.

5. Movant contends that the record includes inconsistencies regarding Movant's status (creditor vs. investor/partner) and errors in documents relating to Movant, and that an independent investigation would assist the Court and parties.

IV. Legal Standard

6. Under 11 U.S.C. § 1104(c), the Court shall order the appointment of an examiner to conduct an investigation of the debtor as is appropriate, including an investigation of any allegations of fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the debtor, if such appointment is in the interests of creditors, any equity security holders, and other interests of the estate.

7. Movant requests a limited, cost-controlled examination directed to notice compliance and the specific issues surrounding the asserted claim and related documentation. An examiner's report would promote fairness and efficient resolution of disputes without turning the proceeding into piecemeal discovery battles.

V. Requested Scope and Reporting

8. Movant requests that the examiner be directed to (a) review the debtor's schedules, creditor matrix, and service lists; (b) review certificates/affidavits of service for the claims bar date notice and key plan/voting notices; (c) review the transactions and documents relating to Movant's asserted claim; and (d) file a concise written report with the Court within a time period set by the Court.

9. Movant requests that the United States Trustee be directed to select and appoint an

examiner, subject to Court approval, and that the examiner be authorized to request information from the Debtor and parties in interest as necessary for the limited investigation.

VI. Conclusion

10. WHEREFORE, Movant respectfully requests that the Court enter the proposed order appointing an examiner pursuant to 11 U.S.C. § 1104(c) and granting such other relief as the Court deems just and proper.

Dated: December 19, 2025

/s/ Aleksander Allen
Aleksander Allen
300 District Drive #105
Asheville, NC 28803
Phone: 267-605-3023
Email: alekallen@gmail.com
Pro Se Movant

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: GOOD WORKS HOUSING LLC, Debtor.
Case No. 25-12224-djb (Chapter 11, Subchapter V)

**CERTIFICATION OF SERVICE**

I, Aleksander Allen, certify that on December 19, 2025, I served true and correct copies of the following documents:
(a) Notice of Motion, Response Deadline and Hearing Date (Motion to Appoint Examiner);
(b) Motion to Appoint an Examiner Pursuant to 11 U.S.C. § 1104(c);
(c) Proposed Order Appointing Examiner.
by depositing the same in the United States Mail, via USPS Certified Mail (Return Receipt Requested), postage prepaid, addressed as follows:

Roger V. Ashodian, Esq.
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(Debtor's Counsel)

Good Works Housing LLC
c/o Anthony Goodwin
8 Chipley Run
Voorhees, NJ 08043
(Debtor)

Richard E. Furtek, Subchapter V Trustee
Furtek & Associates, LLC
101 Lindenwood Dr., Suite 225
Malvern, PA 19355

Office of the United States Trustee
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Aleksander Allen
Aleksander Allen