IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
GOOD WORKS HOUSING LLC, Debtor
Chapter 11, Subchapter V
Bankruptcy No. 25-12224-djb



## CLAIMANT'S RESPONSE TO DEBTOR'S OBJECTION TO AMENDED PROOF OF CLAIM NO. 6

Jane Doe is the claimant associated with Amended Proof of Claim No. 6.

Claimant, **Jane Doe** (the "Claimant"), proceeding pro se, hereby files this Response to the Debtor's Objection to Amended Proof of Claim No. 6 (the "Objection"), and in support thereof states as follows:

### I. PRELIMINARY STATEMENT

1. The Objection is based on a mischaracterization of the basis of Claimant's claim and on factual assertions for which the Debtor has produced no supporting evidence.

2. Claimant does **not** assert a claim for installation services. Rather, Claimant's claim arises from (a) Claimant's payment for flooring, (b) delivery of that flooring to and possession by the Debtor, (c) the Debtor's failure to return the flooring or fully reimburse Claimant, and (d) the Debtor's unsupported assertion that the flooring was damaged in a flood and allegedly insured.

3. The Debtor had possession and control of the flooring prior to any alleged loss and prior to any subsequent transfer of the underlying property to a related entity controlled by the same individual.

### II. FACTUAL BACKGROUND

1. Claimant personally paid for the purchase of flooring and related costs through Alibaba.com. True and correct copies of payment records and credit card statements evidencing Claimant's payments are attached as exhibits hereto.

2. The flooring was shipped to and stored at property controlled by the Debtor, Good Works Housing LLC, and the Debtor had possession and control of the flooring prior to any alleged loss event.

3. Claimant acknowledges that the Debtor made **partial repayments** to Claimant through a combination of informal cash payments and electronic transfers that were not designated for the

1

flooring transaction and were commingled with other funds. The Debtor has not produced documentation establishing full repayment or an accounting tying such payments to the flooring.

4. Claimant has never received the flooring back, nor has Claimant been fully reimbursed for the amounts paid.

## III. RESPONSE TO THE DEBTOR'S OBJECTION

### A. The Claim Is Not Based on Installation Services

1. The Objection incorrectly assumes that Claimant's claim is based on a contract for installation of flooring.

2. Claimant does not assert an installation contract and does not seek compensation for installation services. The claim arises from payment for flooring that was entrusted to the Debtor and not returned, giving rise to claims for reimbursement, bailment, conversion, and/or unjust enrichment.

### B. Claimant Has Produced Proof of Payment; the Debtor Has Not Proven Full Repayment

1. Claimant has produced documentary evidence showing that Claimant paid for the flooring.

2. While Claimant acknowledges receiving partial repayments, the Debtor has not produced any documentary evidence establishing that Claimant was fully reimbursed or that such payments satisfied the obligation at issue.

3. To the extent any repayments are proven, Claimant does not dispute that such amounts should be credited against the claim; however, the Debtor bears the burden of proving full repayment.

### C. The Alleged "Flood" Is Unsupported and Does Not Defeat the Claim

1. The Debtor alleges that the flooring was damaged in a flood and that an insurance claim was paid.

2. To date, the Debtor has produced **no** photographs, adjuster reports, insurance policies, claim documentation, proof of payment, or accounting related to any alleged flood or insurance proceeds.

3. The flooring was in the Debtor's possession and control prior to any alleged loss. Under principles of bailment, the Debtor bears the burden of explaining the loss and accounting for any insurance proceeds.

### D. Transfer of Property to a Related LLC Does Not Relieve the Debtor of Liability

1. Any subsequent transfer of the underlying property to another LLC does not absolve the Debtor of responsibility for property already in its possession.

2. The individual controlling Good Works Housing LLC also controls the related entity to which the property was transferred. Liability cannot be avoided through transfers between commonly controlled entities, particularly where the obligation arose prior to the transfer.

## IV. RELIEF REQUESTED

WHEREFORE, Claimant respectfully requests that the Court:

A. Deny the Debtor's Objection to Amended Proof of Claim No. 6; or, in the alternative,

B. Allow the claim subject to credit for any repayments proven by the Debtor and subject to an accounting of any insurance proceeds related to the flooring; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Jane Doe**
Claimant, Pro Se
[Address]
[Email]
[Phone]

## EXHIBIT LIST (ATTACHED)

**Exhibit A:** Itemized Alibaba.com invoice from China showing flooring colors, quantities, and total product cost of $8,872.52 (excluding tax).

**Exhibit B:** Alibaba.com invoice payment history showing installment payments made by Claimant, including payment of $4,311.26 on March 28, 2023 and $4,561.26 on April 28, 2023.

**Exhibit C:** Credit card statement for March 2023 evidencing Claimant's $4,311.26 payment to Alibaba.com.

**Exhibit D:** Credit card statement for April 2023 evidencing Claimant's $4,561.26 payment to Alibaba.com.

**Exhibit E:** DHL shipping invoice in the amount of $3,428.35 for international shipment of the flooring.

**Exhibit F:** Debit card statement evidencing Claimant's payment of $3,428.35 to DHL.

**Exhibit G:** March 1, 2023 text message exchange between Claimant and Debtor allocating flooring quantities and colors, reflecting Claimant's and Debtor's respective interests in the flooring.

**Exhibit H:** May 6, 2023 text messages and photographs showing the flooring shipment being loaded in China, including Debtor's acknowledgment of the shipment and intent to sell the flooring for profit.

**Exhibit I:** July 14, 2023 text message exchange confirming arrival of the flooring in Philadelphia, the outstanding shipping charges, and Claimant's agreement to pay such charges.

**Exhibit J:** July 18, 2023 text messages confirming Debtor's pickup of the flooring and transport to 207 East Broad Street, Palmyra, New Jersey, property owned and controlled by Good Works Housing LLC.

4

Exhibit A



茌平新迪装饰建材有限公司
**CHIPING NEW DECOR BUILDING MATERIALS CO.,LTD**
CHIPING INDUSTRY ZONE,SHANDONG PROVINCE,CHINA,252100 TEL:86 -15564848124;
www.chinanewdecor.com ; www.chinalaminatefloor.com

## PROFORMA INVOICE

BUYER:                                  DATE: 2023-3-29

                                        PAYMENT: T/T

                                        FROM SHANDONG,CHINA

                                        PINO:JUSJIC012303

| DESCRIPTION OF GOODS: SPC FLOORING | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPEC | COLORS ITEMS | COLOR PICTURE | PALLETS | Ctns /PALLET | PIECES/Ctn. | M²/Ctn. | Ttl Ctns | Ttl M² | Ttl F² | Ttl weight (kgs) | USD/MT EXW FACTORY | USD/F² EXW FACTORY | AMOUNT USD |
| Size: 7" X 48"(182X1220mm) Thickness: 6mm Wear Layer: 0.5mm/12mil IXPE Layer: 2mm  TOTAL AMOUNT:8MM | ND002 |  | 3 | 85 | 6 | 1.33224 | 255 | 339.72 | 3655.40 | 4246.52 | $9.38 | $0.87 | $3,186.59 |
| | ND003 |  | 3 | 85 | 6 | 1.33224 | 255 | 339.72 | 3655.40 | 4246.52 | $9.38 | $0.87 | $3,186.58 |
| | ND004 |  | 2 | 90 | 6 | 1.33224 | 180 | 239.80 | 2580.28 | 2997.54 | $9.38 | $0.87 | $2,249.35 |
| Total amount | | | 6 | / | / | | | | | 11490.57 | / | / | $8,622.52 |
| T-molding 2400*45*7mm | ND003 |  | 100pieces | | | | | | | | | $2.50 | $250.00 |
| TOTAL AMOUNT | | | 8 | / | / | / | 690 | 919.25 | 9891.08 | 11490.57 | / | / | $8,872.52 |

1.Carton: Standard packaging.
2.The goods will be loaded with wood pallets.
3. 50% Deposit,balance pay off before shipping.The price is based on the USD- RMB Exchange rate: 1USD:6.8RMB
4.Delivery time: After deposit ,we will finish order production within 20 days

BANK : BENIFICIARY NAME :CHIPING NEW DECOR BUILDING MATERIALS CO.,LTD
ACCOUNT NO. :1611002619200073559  ADDRESS :HUTUN INDUSTRY ZONE,CHIPING COUNTY,SHANDONG,CHINA
BANK NAME :INDUSTRIAL AND COMMERCIAL BANK OF CHINA, LIAOCHENG BRANCH
SWIFT CODE:ICBKCNBJSDG  ADDRESS:NO.68 ,SHUNHE STREET, CHIPING COUNTY ,LIAOCHENG ,CHINA



Personal Identifying information Redacted due to filing under seal

6:54

*Exhibit B*

< **Payment records**

| Payment | Refund |
|---|---|
| Order amount paid: | USD 8,872.52 |
| Initial payment paid | USD 4,311.26 |
| Balance payment paid | USD 4,561.26 |

**USD 4,561.26** Balance
Credit/debit card
End 1009

Payment Completed
ⓘ 04/28/2023 18:00

**USD 4,311.26** Initial
Credit/debit card

Payment Completed
ⓘ 03/28/2023 12:33

~~[redacted]~~ Jane Doe        Account Ending 6-62007        Exhibit C        p. 4/8

### Detail Continued     *Indicates posting date     ♦ - denotes Pay Over Time and/or Cash Advance activity

| Date | Description | Location | | Amount |
|---|---|---|---|---|
| ~~04/28/23~~ | ~~WALMART PLUS MONTHLY BENTONVILLE Amex Walmart Credit~~ | | | ~~-$13.99~~ |
| ~~05/04/23~~ | ~~DISPUTE CREDIT - PAYPAL *DOLLARTREED~~ | | | ~~-$375.55~~ |

### New Charges

#### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Total New Charges | $4,697.65 | $1,936.47 | $6,634.12 |

### Detail     ♦ - denotes Pay Over Time and/or Cash Advance activity

~~[name redacted]~~
Card Ending 6-62007

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| ~~04/19/23~~ | ~~AplPay PARKMOBILE-10 684498091 30309~~ | ~~770-818-9036~~ | ~~GA~~ | ~~$2.29~~ |
| ~~04/24/23~~ | ~~AplPay WAWA 8128 0000 610-358-8000~~ | ~~UPPER DARBY~~ | ~~PA~~ | ~~$36.12~~ |
| ~~04/24/23~~ | ~~BOROUGH OF MEDIA 650000011005777 6105665210~~ | ~~MEDIA~~ | ~~PA~~ | ~~$3.90~~ |
| ~~04/25/23~~ | ~~COMCAST CABLE SVCS~~ | ~~800-COMCAST~~ | ~~NJ~~ | ~~$72.87~~ |
| ~~04/25/23~~ | ~~THE HOME DEPOT 800-654-0688~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$238.24~~ |
| ~~04/27/23~~ | ~~WALMART.COM W + AMEX 855-036-3669~~ | ~~BENTONVILLE~~ | ~~AR~~ | ~~$13.99~~ |
| ~~04/28/23~~ | ~~AMAZON MARKETPLACE NA PA BOOK STORES~~ | ~~AMZN.COM/BILL~~ | ~~WA~~ | ~~$40.13~~ |
| ~~04/28/23~~ | ~~AMAZON MARKETPLACE NA PA BOOK STORES~~ | ~~AMZN.COM/BILL~~ | ~~WA~~ | ~~[redacted]~~ |
| 04/29/23 | ALIBABA.COM BUSINESS SERVICE | SINGAPORE | SG | $4,697.65 |
| ~~04/29/23~~ | ~~AMAZON MARKETPLACE NA PA BOOK STORES~~ | ~~AMZN.COM/BILL~~ | ~~WA~~ | ~~$9.25~~ |
| ~~05/01/23~~ | ~~AMAZON MARKETPLACE NA PA BOOK STORES~~ | ~~AMZN.COM/BILL~~ | ~~WA~~ | ~~$340.55~~ |
| ~~05/01/23~~ | ~~AMAZON MARKETPLACE NA PA BOOK STORES~~ | ~~AMZN.COM/BILL~~ | ~~WA~~ | ~~$11.64~~ |
| ~~05/01/23~~ | ~~AMAZON.COM MERCHANDISE~~ | ~~AMZN.COM/BILL~~ | ~~WA~~ | ~~$116.58~~ |
| ~~05/02/23~~ | ~~AplPay WORKOUTLANDLORD.COM 126672310561~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$97.00~~ |
| ~~05/03/23~~ | ~~AplPay GRUBHUB*PANERABREAD 8775851085~~ | ~~NEW YORK~~ | ~~NY~~ | $20.68 |
| ~~05/04/23~~ | ~~WALMART.COM 800-966-6546~~ | ~~WALMART.COM~~ | ~~AR~~ | ~~$9.73~~ |
| ~~05/04/23~~ | ~~PAYPAL *DOLLARTREED 8775308733~~ | 8775308733 | VA | $375.55 ♦ |
| ~~05/05/23~~ | ~~AplPay PARKMOBILE-10 69128107730309~~ | ~~770-818-9036~~ | ~~GA~~ | ~~$6.40~~ |
| ~~05/10/23~~ | ~~THE HOME DEPOT 800-654-0688~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$445.22~~ |

Personal Identifying information redacted due to filing under seal

Continued on next page

| Detail Continued | | | ♦ - denotes Pay Over Time and/or Cash Advance activity |
|---|---|---|---:|
| | | | Amount |
| ~~03/15/23~~ ~~POPEYES 13198 0000~~ ~~203-642-3267~~ | ~~MORTON~~ | ~~PA~~ | ~~$23.51♦~~ |
| ~~03/15/23~~ ~~GIANT FOOD~~ ~~156 19018~~ | ~~ALDAN~~ | ~~PA~~ | ~~$15.47♦~~ |
| ~~03/15/23~~ TAX LIEN CODE LLC ~~5546301163888862~~ ~~BRIAN@TAXLIENCODE.COM~~ | SHERIDAN | WY | $997.00 ♦ |
| ~~03/16/23~~ ~~PAWS GRAYS FERRY CLINIC 850101000019872~~ ~~DONNA@PHILLYPAWS.ORG~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$32.28 ♦~~ |
| ~~03/16/23~~ ~~PSYCH CHOICES OF THE D~~ ~~610-626-8085~~ | ~~DREXEL HILL~~ | ~~PA~~ | ~~$60.00 ♦~~ |
| ~~03/17/23~~ ~~SUNDAY BEST JAMAICANREST 0000~~ ~~484-633-4084~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$17.00 ♦~~ |
| ~~03/20/23~~ ~~AplPay CHIPOTLE 2223 0000~~ ~~303-595-4000~~ | ~~SPRINGFIELD~~ | ~~PA~~ | ~~$10.60 ♦~~ |
| ~~03/20/23~~ ~~AplPay PARKMOBILE-10~~ ~~67238302430309~~ | ~~770-818-9036~~ | ~~GA~~ | ~~$2.32 ♦~~ |
| ~~03/20/23~~ ~~PPA ON STREET KIOSKS 65000001096149~~1 ~~2156839540~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$3.00 ♦~~ |
| 03/21/23 ~~AplPay PRICERITE SECANE 51~~ ~~94 19018~~ | ~~SECANE~~ | ~~PA~~ | ~~$7.62 ♦~~ |
| ~~03/22/23~~ ~~AplPay UBER EATS~~ ~~8005928996~~ | ~~help.uber.com~~ | ~~CA~~ | ~~$21.62 ♦~~ |
| 03/25/23 ~~AplPay Shake Shack - 1173 (POS) 1615624500~~ ~~20122 19406~~ ~~SNG TRUFFLE~~ ~~French Fries~~ ~~SM Blood Orange~~ | ~~KING OF PRUSSIA~~ | ~~PA~~ | ~~$19.05 ♦~~ |
| 03/26/23 ~~AplPay LIDL #1506~~ ~~GROCERY STORE~~ | ~~CLIFTON HEIGH~~ | ~~PA~~ | $34.84 ♦ |
| 03/26/23 ~~AplPay~~ LIDL #1506 ~~GROCERY STORE~~ | CLIFTON HEIGH | PA | $21.82 ♦ |
| ~~03/26/23~~ ~~AplPay SUNOCO 02418200000241~~ ~~443-506-8591~~ | ~~CLIFTON HEIGH~~ | ~~PA~~ | ~~$50.27 ♦~~ |
| ~~03/26/23~~ ~~AplPay GIANT FOOD~~ ~~230 19018~~ | ~~ALDAN~~ | ~~PA~~ | ~~$19.60 ♦~~ |
| ~~03/26/23~~ ~~AplPay GIANT FOOD~~ ~~226 19018~~ | ~~ALDAN~~ | ~~PA~~ | ~~$27.07 ♦~~ |
| 03/27/23 ~~LEMONADE I* LEMONADE I~~ +18447338666 | ~~NEW YORK CITY~~ | ~~NY~~ | ~~$18.84 ♦~~ |
| ~~03/28/23~~ ~~LEMONADE INSURANCE~~ ~~+18447338666~~ | ~~NEW YORK CITY~~ | NY | ~~$11.19 ♦~~ |
| ~~03/28/23~~ ~~AplPay PREPLY INC.~~ ~~+16177296521~~ | ~~BROOKLINE~~ | ~~MA~~ | ~~$6.30~~ |
| 03/28/23 ALIBABA.COM BUSINESS SERVICE | SINGAPORE | SG | $4,440.17 ♦ |
| ~~03/29/23~~ ~~AplPay S & L MINI MARKET 0000~~ ~~610-461-1944~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$21.45 ♦~~ |
| 03/31/23 ~~THE HOME DEPOT~~ ~~800-654-0688~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$7.00 ♦~~ |
| ~~03/31/23~~ ~~ROSS STORES~~ ~~999-999-9999~~ | HOLMES | ~~PA~~ | ~~$225.67 ♦~~ |
| 03/31/23 ~~ROSS STORES~~ ~~999-999-9999~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$89.70~~ |
| ~~03/31/23~~ ~~BJ WHOLESALE #0162 00000162~~ ~~8002577582~~ ~~WHOLESALE CLUBS~~ | ~~PHILADELPHIA~~ | ~~PA~~ | ~~$205.19 ♦~~ |

Personal identifying information redacted due to filing under seal

Continued on next page

Exhibit E

**DHL Global Forwarding**
11601 WEST TOUHY AVENUE
60666 CHICAGO
Tel.:+01 847 2337900
CREST CODE: MUS410

Excellence. Simply Delivered
All business is undertaken subject to the current Standard Trading Terms and Conditions of DHL Global Forwarding – A copy of the relevant terms and conditions will be supplied on request or can be found at:
www.dhl.com/us-en/home/our-divisions/global-forwarding/customer-service/terms-and-conditions.html

**DHL**

# INVOICE M3203026

Page 2 of 2

GOOD WORKS HOUSING LLC
207 EAST BROAD ST
PALMYRA NJ 08065

| | |
|---|---|
| INVOICE DATE | 19-Jul-23 |
| CUSTOMER ID | USGOW025 / USGOW025 |
| SHIPMENT | S2301535169 |
| CLIENT EIN NO | 83-231058400 |
| DUE DATE | 19-Jul-23 |
| TERMS | Cash on Delivery |

| | |
|---|---|
| CONSOL NUMBER | C2300817075 |
| PRINTED BY: | Kunal Pawar |

**SHIPMENT DETAILS**

**TOTAL CHARGES**

| | |
|---|---|
| SUBTOTAL | 3,428.35 |
| TOTAL USD | 3,428.35 |

If the invoice is not paid by 19-Jul-23 Total Invoice Payable Including late fee of 3%  TOTAL USD  3,531.20

| CHARGES IN USD | RATE | REASON |
|---|---|---|
| 3,428.35 | 0.00 | |

**Transfer Funds To:**
ABA 111000012
Account 3752114416
BANK OF AMERICA - ACH ONLY
PO BOX 27025,RICHMOND,VA,23261-7025

**Address:**
ATLANTA LOCKBOX
DHL GLOBAL FORWARDING
PO BOX 277233
ATLANTA GA 30384

Pay Ref USGOW025 / USGOW025 M3203026
Routing/Transit for national and international wires: 026009593 / Bank of America 115 West 42nd Street New York, NY 10036 SWIFT: BOFAUS3N

**DHL Global Forwarding**
11601 WEST TOUHY AVENUE
60666 CHICAGO
Tel.:+01 847 2337900
CREST CODE: MUS410

Excellence. Simply Delivered
All business is undertaken subject to the current Standard Trading Terms and Conditions of DHL Global Forwarding – A copy of the relevant terms and conditions will be supplied on request or can be found at:
www.dhl.com/us-en/home/our-divisions/global-forwarding/customer-service/terms-and-conditions.html

## ✳✳ Citizens™

US702 | BR595
ROP 450
P.O. Box 7000
Providence, RI 02940

*Exhibit A*

**Citizens Quest
Account Statement**

Page 1 of 3

Beginning July 01, 2023
through July 31, 2023

**Questions? Contact us today:**

📞 **CALL:**
Citizens Quest Customer Service
1-888-438-9888

💻 **VISIT:**
Access your account online:
citizensbank.com

✉ **MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

*Jane Doe*

**Citizens Quest Savings
XXXX-XX9660**

## Citizens Quest Savings for XXXX-XX9660

| Balance Calculation | | | | Balance | |
|---|---|---|---|---|---|
| Previous Balance | | | 5,504.06 | Average Daily Balance | 4,931.52 |
| Withdrawals & Debits | - | | 4,757.78 | **Interest** | |
| Deposits & Credit | + | | 3,928.00 | Current Interest Rate | .07% |
| Interest Paid | + | | .30 | Annual Percentage Yield Earned | .07% |
| **Current Balance** | = | | 4,674.58 | Number of Days Interest Earned | 31 |
| | | | | Interest Earned | .29 |
| | | | | Interest Paid This Year | 3.28 |

### TRANSACTION DETAILS FOR SAVINGS ACCOUNT ENDING 9660

| Withdrawals & Debits ** | | | Previous Balance |
|---|---|---|---|
| **May include checks that have been processed electronically by the payee/merchant. | | | 5,504.06 |
| Date | Amount | Description | Total Withdrawals & Debits |
| **Other Withdrawals & Debits** | | | - 4,757.78 |
| 07/03 | ~~92.97~~ | | |
| 07/03 | ~~1,100.00~~ | | |
| 07/25 | 3,428.35 | (MTS NO.230725003690) | |
| 07/31 | ~~137.46~~ | | |

*Personal identifying information redacted due to filing under seal*

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender



Exhibit G



Exhibit H

Jane Doe

"I prosmise we going to get rich togther"

"We moving !"

May 6, 2023 at 8:08 AM

Personal Identfiyng Information redacted due to filing under seal

+1 (267) 231-0561

and can you download zoom meeting and send out

Can you call the girl Kyla she not on zoom

Jul 14, 2023 at 1:49 PM

> Package is in Philadelphia. We can pick it up they said we can have an update on Monday as to when it's okay to pickup. The tab is 3664.75

> I can pay for it on my card too

> Also a tenant from Jerome is here I'm helping her

What are you helping her with and ok I'm on my way

> The eviction letter you did

> Had to redo it

> You have to meet with the guy and girl at 3:30

Ok

> Did you send them the address

You have to send invoice to Bryce and also collect payments from mentees today

Exhibit I

5:00

141

+1 (267) 231-0561

Exhibit J

Jul 18, 2023 at 9:08 AM

*Jane Doe*

Gm ~~[redacted]~~ what's the address to floors

https://www.google.com/maps/search/2250+E+CHURCH+STREET+%0D%0A+PHILADELPHIA,+PA+19124?entry=gmail&source=g (https://www.google.com/maps/search/2250+E+CHURCH+STREET+%0D%0A+PHILADELPHIA,+PA+19124?entry=gmail&source=g)

We can't get it today

Can I go see it ? So I can see what kind of van I need

I can ask. They be needing notice cause I don't have direct contact to the owner of the warehouse

Maybe you can try to pop up

But they told me to tell them a date so that they can communicate with hi

Him first

Ok

That's down Frankford I'm a just pop see what they say

Okay

Personal Identifying information redacted due to filing under seal