## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **GOOD WORKS HOUSING LLC** | : | **CHAPTER 11, SUBCHAPTER V** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 25-12224-djb** |

### ORDER

AND NOW, upon consideration of the Debtor's Objection to Proof of Claim No. 5 filed

by Philadelphia Community Development Coalition, Inc., and any response thereto, and after

notice and hearing, it is hereby **ORDERED** as follows:

1. The Objection is **SUSTAINED**.

2. Proof of Claim No. 5 filed by Philadelphia Community Development Coalition, Inc.

   is **DISALLOWED**.

BY THE COURT:

Date: **January 21, 2026** _____

_____

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE