**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **GOOD WORKS HOUSING LLC** | : | **CHAPTER 11, SUBCHAPTER V** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 25-12224-djb** |

**DEBTOR'S WITNESS LIST & EXHIBIT LIST**

The Debtor, Good Works Housing LLC, hereby submits a list of witnesses and exhibits in advance of the hearing on confirmation of the Debtor's Fifth Amended Plan of Reorganization scheduled on May 28, 2026.

**I.    WITNESS LIST**

Good Works Housing LLC, Debtor, by Anthony Goodwin, Managing Member

**II.    EXHIBIT LIST**

**D-1**: Docket in the Debtor's bankruptcy case (request to take judicial notice)

**D-2**: Voluntary Chapter 13 Petition (Doc. No. 1 – request to take judicial notice)

**D-3**: Schedules AB, D, and EF (Docs. Nos. 36-38 – request to take judicial notice)

**D-4**: Debtor's Statement of Financial Affairs (Doc. No. 45 – request to take judicial notice)

**D-5**: Amended Schedule AB (Doc. No. 64 – request to take judicial notice)

**D-6**: Bar Date Order entered on September 11, 2025 (Doc. No. 84 – request to take judicial notice)

**D-7**: Stipulation between Debtor and Sherman Bridge Alt Fund, L.P. (Doc. No. 122 – request to take judicial notice)

**D-8**: Order Entered November 17, 2025 Approving Stipulation between Debtor and Sherman Bridge Alt Fund, L.P. (Doc. No. 123 – request to take judicial notice)

**D-9**: Term sheet for loan to refinance mortgage on 1927 S. Salford Street

**D-10**: Stipulation between Debtor and U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-1 (Doc. No. 257 –

request to take judicial notice)

**D-11**: Order Entered on April 1, 2026 Approving Stipulation between Debtor and U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2023-1 (Doc. No. 261 – request to take judicial notice)

**D-12**: Amended Order Setting Hearing on Confirmation of Plan and Related Deadlines, with Notice Thereof, entered on April 1, 2026 (Doc. No. 262 – request to take judicial notice)

**D-13**: Debtor's Fourth Amended Plan of Reorganization with Exhibits (Doc. No. 272 – request to take judicial notice)

**D-14**: Amended Report on Plan Voting filed on May 11, 2026 (Doc. No. 284 – request to take judicial notice)

**D-15**: Stipulation between Debtor and U.S. Trustee (Doc. No. 285 – request to take judicial notice)

**D-16**: Amended Memorandum of Law in Support of Confirmation of Fourth Amended Plan of Reorganization (Doc. No. 286 – request to take judicial notice)

**D-17**: Certification of Service of Fourth Amended Plan of Reorganization (Doc. No. 287 – request to take judicial notice)

**D-18**: Monthly Operating Reports (request to take judicial notice):

**D-18(a)**: Second Amended Monthly Operating Report for June, 2025 (Doc. No. 106 – request to take judicial notice)

**D-18(b)**: Second Amended Monthly Operating Report for July, 2025 (Doc. No. 107 – request to take judicial notice)

**D-18(c)**: Monthly Operating Report for August, 2025 (Doc. No. 119 – request to take judicial notice)

**D-18(d)**: Monthly Operating Report for September, 2025 (Doc. No. 120 – request to take judicial notice)

**D-18(e)**: Monthly Operating Report for October, 2025 (Doc. No. 147 – request to take judicial notice)

**D-18(f)**: Monthly Operating Report for November, 2025 (Doc. No. 148 – request to take judicial notice)

**D-18(g)**: Monthly Operating Report for December, 2025 (Doc. No. 267 – request to take judicial notice)

**D-18(h)**: Monthly Operating Report for January, 2026 (Doc. No. 268 – request to take

judicial notice)

**D-18(i)**: Monthly Operating Report for February, 2026 (Doc. No. 269 – request to take judicial notice)

**D-18(j)**: Monthly Operating Report for March, 2026 (Doc. No. 274 – request to take judicial notice)

**D-18(k)**: Monthly Operating Report for April, 2026 (Doc. No. 274 – request to take judicial notice)

**D-19**: Claims Register (request to take judicial notice)

**D-20**: Orders on Objections to Claims (request to take judicial notice)

**D-20(a)**: Order on Objection to Claim No. 5 Filed by Philadelphia Community Development Coalition (Doc. No. 201 – request to take judicial notice)

**D-20(b)**: Order on Objection to Amended Claim No. 6 Filed by Jiciana Knight (Doc. No. 226 – request to take judicial notice)

**D-21**:  Stipulation with Aleksander Allen (Doc. No. ___ – request to take judicial notice)

**D-22**:  Stipulation with Mercedes-Benz Financial Services USA, LLC (if any; Doc. No. ___ – request to take judicial notice)

**D-23**:  Revision to D-7, Stipulation with Sherman Bridge Alt Fund, L.P. (if any; Doc. No. ___ – request to take judicial notice)

**D-24**:  Revision to Stipulation with U.S. Bank, N.A. (if any; Doc. No. ___ – request to take judicial notice)

**D-25**: Debtor's Fifth Amended Plan of Reorganization with Exhibits (Doc. No. ___ – request to take judicial notice)

**D-26**: Amended Report on Plan Voting filed on May 21, 2026 (if any; Doc. No. ___ – request to take judicial notice)

**D-27**: Memorandum of Law in Support of Confirmation of Fifth Amended Plan of Reorganization (Doc. No. ___ – request to take judicial notice)

**D-28**: Certification of Service of Fifth Amended Plan of Reorganization (Doc. No. ___ – request to take judicial notice)

**D-29**: Declarations ((if any; Doc. No. ___ – request to take judicial notice)

**D-30**: Proposed Confirmation Order

The Debtor reserves the right to introduce additional rebuttal exhibits to respond to any

evidence introduced by any other party that cannot reasonably be anticipated at this time.

Respectfully submitted,
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:


Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor