# Exhibit "A-1"

**Good Works Housing LLC - History of Property Transactions (properties bought since formation on October 24, 2018, and still titled to Debtor)**

| Property | Date of Deed (Purchase) | Date Deed Recorded | Purchase Price | Grantor | Grantee | Original Mortgage Lender (if any) | Date of Mortgage | Date of Recording | Original Mortgage Amt | Current Mortgage Lender (if refinanced or assigned) | Mortgage Balance | Date of Mortgage | Date of Recording | Annual Tax | Annual Insurance | Current OPA Valuation | Notes/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2328 W. Harold Street Parcel #033N19-0184 OPA #162327600** | 10/2/2020 | 10/22/2020 | $ 1.00 | Lance Felder | Keaha Thomas & GoodWorks Housing LLC | | | | | | | | | $ 662.00 | unknown | $ 47,300.00 | Deed was issued jointly in the name of Keaha Thomas and Goodworks Housing LLC; Debtor believes Deed should have been issued solely in the name of Keaha Thomas; Keaha Thomas' address is listed as 3842 K Street, Philadelphia, PA  19124 |
| **505 W. Dauphin Street Parcel #030N15-0009 OPA #191423900** | 6/30/2021 | 10/1/2021 | $ 95,000.00 | Jose A. Montes | Good Works Housing LLC | Sherman Bridge Alt Fund LP | 6/30/2021 | 10/1/2021 | $ 238,000.00 | Velocity Commercial Capital LLC | $ 251,250.00 | 10/18/2022 | 10/19/2022 | $ 3,833.00 | $ 3,753.00 | $ 273,800.00 | Satisfaction of Sherman Bridge Alt Fund LP recorded on 11/17/22 |
| | | | | | | | | 10/18/2024 | | Aleksander Allen | $ 71,000.00 | | 10/28/2024 | | | | Satisfaction of Sherman Bridge Alt Fund LP recorded on 11/17/22 |
| **1311 S. 47th Street Parcel #037S06-0117 OPA #273022300** | 10/8/2021 | 1/8/2022 | $ 145,000.00 | Narvissa Wilson | Good Works Housing LLC | Sherman Bridge Alt Fund LP | 10/8/2021 | 1/8/2022 | $ 284,218.00 | Equidity Investment Group LLC | | 2/15/2024 | 2/22/2024 | $ 3,388.00 | $ 4,175.02 | $ 242,000.00 | Deed Miscellaneous to Equidity Investment Group LLC also recorded on 2/22/24; Satisfaction of Equidity Investment Group LLC Mortgage recorded on 10/9/24 |
| | | | | | | | | | | Independent Investors | | 2/15/2024 | 2/22/2024 | | | | Satisfaction of Independent Investors Mortgage recorded on 10/9/24 |
| | | | | | | | | | | Equidity Investment Group LLC | $ 45,000.00 | 9/30/2024 | 10/9/2024 | | | | |
| | | | | | | | | | | Independent Investors | $ 24,000.00 | 9/30/2024 | 10/23/2024 | | | | |
| **1927 S. Salford Street Parcel #037S06-0117 OPA #401073200** | 10/18/2023 | 12/7/2023 | $ 67,000.00 | Reestablished Realty LLC | Good Works Housing LLC | Double Backflip LLC | 10/27/2023 | 12/7/2023 | $ 112,000.00 | Wilmington Savings Fund Society, FSB, et al., serviced by FCI Lender Services, Inc. | $ 129,257.32 | | | $ 1,121.00 | $ 2,057.34 | $ 80,100.00 | OPA records indicate that property has been owned by James E. Coleman since 6/29/78, with the purchase price listed as $9,500.00; |
| **2715 N. Newkirk Street Parcel #034N22-0277 OPA #281126500** | 9/16/2022 | 11/8/2022 | $ 30,000.00 | Maleke Ware & Charlene Ware | Goodworks Housing LLC | | not yet recorded | unknown | Philadelphia Sheriff | unknown | | | | | | | Property was sold at May 21, 2025 Tax Sale, but successful bidder did not pay balance of bid. The property reverted to the Debtor. The house on the property was demolished by the |