# Exhibit "A-2"

**Good Works Housing LLC - History of Property Transactions (properties bought and sold since formation on October 24, 2018)**

| Property | Date of Deed (Purchase) | Date Deed Recorded | Purchase Price | Grantor | Grantee | Sale Closing Date (if any) | Date Deed Recorded | Sale Price | Grantor | Grantee | Notes/Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3443 N. Smedley Street Parcel #043N07-0030 OPA #112212900 | 10/30/2018 | 11/19/2018 | $ 6,732.00 | Anthony Goodwin, Jr. | GoodWorks Housing LLC | 2/23/2021 | 3/3/2021 | $ 12,000.00 | Goodworks Housing LLC | Rasool Saleem Williams 3623 N. 16th Street Philadelphia, PA 19140 | |
| 2643 S. Felton Street Parcel #039S11-0104 OPA #402116000 | 12/12/2018 | 11/4/2020 | $ 1.00 | David Coletta | Good Works Housing LLC | 8/7/2024 | 11/8/2020 | $ 1.00 | David Coletta | Kamara Fatta 2643 S. Felton Street Philadelphia, PA 19142 | David Coletta executed a second deed to Kamara Fatta on October 15, 2020, recorded on November 8, 2020; a Lis Pendens was recorded by David F. Coletta, *et al*. on 11/29/21, referencing a Court of Common Pleas case |
| 5714 Belmar Street Parcel #028S05-0259 OPA #514107810 | 3/30/2019 | 4/4/2019 | $ 3,841.00 | Anthony Goodwin, Jr. | GoodWorks Housing LLC | 11/14/2019 | 12/9/2019 | $ 51,000.00 | Good Works Housing LLC | Interlaken Properties LLC 106 Union Avenue Bala Cynwyd, PA 19004 | |
| 1473 N. Frazier Street Parcel #069N14-0204 OPA #043073300 | 4/17/2019 | 5/3/2019 | $ 4,000.00 | Brenda Edwards & Oumar Camara, by POA, Arthur Tillman | GoodWorks Housing LLC & Askia Ferrell | 4/29/2022 | 5/10/2022 | $ 30,000.00 | Good Works Housing LLC & Antwain Byrd | Byrd Housing LLC | Deed of Correction dated 10/8/2019, recorded on 10/15/2019, correcting address; original Deed incorrectly listed address as 1437 N. Frazier Street; property transferred from GoodWorks Housing LLC & Askia Ferrell to GoodWorks Housing LLC & Antwain Byrd by Deed dated 12/8/2020, recorded on 1/13/2021 |
| 2642 S. Felton Street Parcel #039S11-0068 OPA #402120100 | 7/19/2019 | 9/3/2020 | $ 1.00 | David Coletta | Good Works Housing LLC | 12/8/2020 | 12/30/2020 | $ 35,800.00 | Good Works Housing LLC | Anastasias Affairs LLC 6012 Clifford Terrace Philadelphia, PA 19151 | |
| 2646 S. Felton Street Parcel #039S11-0074 OPA #402120300 | 7/19/2019 | 9/3/2020 | $ 1.00 | Eileen M. Strobel | Good Works Housing LLC | 12/8/2020 | 12/29/2020 | $ 11,950.00 | Good Works Housing LLC | Anastasias Affairs LLC 6012 Clifford Terrace Philadelphia, PA 19151 | |
| 1333 W. Jerome Street Parcel #101N16-0085 OPA #433198300 | 12/5/2019 | 12/12/2019 | $ 11,431.00 | Theresa Kim Dixon | GoodWorks Housing LLC | 6/18/2025 | 10/8/2025 | $ 350,000.00 | Goodworks Housing LLC | Sara Medacier 1333 W. Jerome Street Philadelphia, PA 19140 | |
| 2256 N. Bouvier Street Parcel #029N23-0482 OPA #161229800 | 3/11/2021 | 4/28/2021 | $ 52,000.00 | Ajjada Properties LLC | Good Works Housing LLC | 11/16/2021 | 1/19/2022 | $ 149,500.00 | Good Works Housing LLC | Zishan Hussain 27 Scheid Drive Parlin, NJ 08859 | Satisfaction of Sherman Bridge Alt Fund LP recorded on 2/2/22 |
| 5402 Akron Street Parcel #138N02-0084 OPA #621421400 | 5/5/2021 | 6/11/2021 | $ 115,000.00 | Avis Carr | Good Works Housing LLC | 6/28/2024 | 7/2/2024 | $ 248,000.00 | Good Works Housing LLC | James Washington and Yvette Miller Washington Csc Ingeo 5402 Akron Street Philadelphia, PA 19124 | Satisfaction of Sherman Bridge Alt Fund LP recorded on 11/17/22; Satisfaction of Velocity Commercial Capital LLC (U.S. Bank, N.A.) Mortgage recorded on 7/11/24 |