# Exhibit "B"

**Good Works Housing LLC - Liquidation Analysis**

| Address | City | Month/Year Purchased | Purchase Price | Commercial Sale Value | Liquidation Value | Mortgages | City Liens | Total Liens | Associated Sale Costs | Projected Net Proceeds - Commercial Sale | Projected Net Proceeds - Liquidation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 505 W. Dauphin Street | Philadelphia | 10/1/21 | $95,000 | $300,000 | $240,000 | $310,794 | $992 | $311,785 | $20,000 | -$31,785 | -$91,785 |
| 1311 S. 47th Street | Philadelphia | 1/8/22 | $145,000 | $450,000 | $242,000 | $408,570 | $3,824 | $412,393 | $27,000 | $10,607 | -$197,393 |
| 1927 S. Salford Street | Philadelphia | 12/7/23 | $67,000 | $165,000 | $80,100 | $132,175 | $3,676 | $135,851 | $15,000 | $14,149 | -$70,751 |
| 2715 N. Newkirk Street | Philadelphia | 9/16/22 | $30,000 | $35,000 | $0 | $0 | $38,324 | $38,324 | $1,600 | -$4,924 | -$39,924 |
| TOTALS | | | $337,000 | $950,000 | $562,100 | $851,539 | $46,816 | $898,354 | $63,600 | -$11,954 | -$399,854 |