# Exhibit "C"

**Good Works Housing LLC Rent Roll as of April 17, 2026**

| Property | Tenant(s) | Lease Term | Monthly Rent | GW Share |
|---|---|---|---|---|
| 505 W. Dauphin Street First Floor | Naim Brinson | until 5-1-26 (renewed) | $ 1,250.00 | $ 1,250.00 |
| 505 W. Dauphin Street Second Floor | Dana Doughty | until 8-31-26 | $ 1,250.00 | $ 1,250.00 |
| 1311 S. 47th Street Unit 1 | Kevin Baker | until 4-1-26 (renewed) | $ 1,350.00 | $ 1,350.00 |
| 1311 S. 47th Street Unit 2 | Nicola Taylor | until 2-2-26 (renewed) | $ 1,450.00 | $ 1,450.00 |
| 1311 S. 47th Street Unit 3 | Azim Davis | until 4-2-26 (renewed) | $ 1,450.00 | $ 1,450.00 |
| 1927 S. Salford Street | Jetaine Taylor | until 6-6-26 | $ 1,750.00 | $ 1,750.00 |
| 2713 W. Glenwood Avenue (50%) | Good Works share | | | $ 427.50 |
| TOTAL | | | $ 8,500.00 | $ 8,927.50 |