# Exhibit "D"

**Good Works Housing LLC - Three Year Budget Projection**

| REVENUE | Source | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1927 S. Salford Street | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 |
| | CCExotics Holdings, LLC | $ 262.50 | $ 262.50 | $ 262.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 |
| | Understated LLC | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 |
| | Total Revenue | $ 2,440.00 | $ 2,440.00 | $ 2,440.00 | $ 2,940.00 | $ 2,940.00 | $ 2,940.00 | $ 2,940.00 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 |
| EXPENSES | Item | | | | | | | | | | | | |
| | Mortgage (1927 S. Salford Street) | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 |
| | Taxes | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 | $ 93.42 |
| | Insurance | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 | $ 171.45 |
| | Repair & Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Telephone | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 |
| | Accounting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 | $ - |
| | Legal | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | Plan Payment | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | Total Expenses | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 2,337.09 | $ 3,837.09 | $ 2,337.09 |
| | Gross Profit (before taxes) | $ 102.91 | $ 102.91 | $ 102.91 | $ 602.91 | $ 602.91 | $ 602.91 | $ 602.91 | $ 695.41 | $ 695.41 | $ 695.41 | $ (804.59) | $ 695.41 |

| REVENUE | Source | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1927 S. Salford Street | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 |
| | CCExotics Holdings, LLC | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 |
| | Understated LLC | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 |
| | Total Revenue | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,032.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 |
| EXPENSES | Item | | | | | | | | | | | | |
| | Mortgage (1927 S. Salford Street) | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 |
| | Taxes | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 | $ 98.00 |
| | Insurance | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 | $ 180.00 |
| | Repair & Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Telephone | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 |
| | Accounting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 | $ - |
| | Legal | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | Plan Payment | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | Total Expenses | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 2,350.22 | $ 3,850.22 | $ 2,350.22 |
| | Gross Profit (before taxes) | $ 682.28 | $ 682.28 | $ 682.28 | $ 682.28 | $ 682.28 | $ 682.28 | $ 682.28 | $ 832.28 | $ 832.28 | $ 832.28 | $ (667.72) | $ 832.28 |

| REVENUE | Source | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1927 S. Salford Street | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,855.00 | $ 1,910.00 | $ 1,910.00 | $ 1,910.00 | $ 1,910.00 | $ 1,910.00 |
| | CCExotics Holdings, LLC | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 870.00 | $ 870.00 | $ 870.00 | $ 870.00 | $ 870.00 |
| | Understated LLC | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 562.50 | $ 562.50 | $ 562.50 | $ 562.50 | $ 562.50 |
| | Total Revenue | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,182.50 | $ 3,342.50 | $ 3,342.50 | $ 3,342.50 | $ 3,342.50 | $ 3,342.50 |
| EXPENSES | Item | | | | | | | | | | | | |
| | Mortgage (1927 S. Salford Street) | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 | $ 868.22 |
| | Taxes | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 | $ 103.00 |
| | Insurance | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 | $ 189.00 |
| | Repair & Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Telephone | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 | $ 104.00 |
| | Accounting | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,500.00 | $ - |
| | Legal | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | Plan Payment | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| | Total Expenses | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 2,364.22 | $ 3,864.22 | $ 2,364.22 |
| | Gross Profit (before taxes) | $ 818.28 | $ 818.28 | $ 818.28 | $ 818.28 | $ 818.28 | $ 818.28 | $ 818.28 | $ 978.28 | $ 978.28 | $ 978.28 | $ (521.72) | $ 978.28 |

**CCExotics Holdings LLC - Three Year Budget Projection for 505 W. Dauphin Street**

**REVENUE**

| Source | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Total Revenue | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |

**EXPENSES**

| Item | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage (escrowed taxes and ins.) | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 |
| Water | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 |
| Repairs and Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Total Expenses | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 |
| Gross Profit (before taxes) | $ 525.00 | $ 525.00 | $ 525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 |
| Good Works Share | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Good Works Profit | $ 262.50 | $ 262.50 | $ 262.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 |

**REVENUE**

| Source | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 |
| Total Revenue | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 |

**EXPENSES**

| Item | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage (escrowed taxes and ins.) | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 |
| Water | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 |
| Repairs and Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Total Expenses | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 |
| Gross Profit (before taxes) | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,525.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 |
| Good Works Share | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Good Works Profit | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 762.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 |

**REVENUE**

| Source | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,715.00 | $ 3,715.00 | $ 3,715.00 | $ 3,715.00 | $ 3,715.00 |
| Total Revenue | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,600.00 | $ 3,715.00 | $ 3,715.00 | $ 3,715.00 | $ 3,715.00 | $ 3,715.00 |

**EXPENSES**

| Item | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage (escrowed taxes and ins.) | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 |
| Water | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 |
| Repairs and Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| Total Expenses | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 | $ 1,975.00 |
| Gross Profit (before taxes) | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,625.00 | $ 1,740.00 | $ 1,740.00 | $ 1,740.00 | $ 1,740.00 | $ 1,740.00 |
| Good Works Share | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Good Works Profit | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 812.50 | $ 870.00 | $ 870.00 | $ 870.00 | $ 870.00 | $ 870.00 |

**Understated LLC - Three Year Budget Projection for 2713 W. Glenwood Avenue**

| REVENUE | Source | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | Apr-27 | May-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rent | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 |
| | Total Revenue | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,900.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 |
| EXPENSES | Item | | | | | | | | | | | | |
| | Mortgage (escrowed taxes and ins.) | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 |
| | Water | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
| | Repairs and Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Total Expenses | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 |
| | Gross Profit (before taxes) | $ 855.00 | $ 855.00 | $ 855.00 | $ 855.00 | $ 855.00 | $ 855.00 | $ 855.00 | $ 940.00 | $ 940.00 | $ 940.00 | $ 940.00 | $ 940.00 |
| | Good Works Share | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Good Works Profit | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 427.50 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 |

| REVENUE | Source | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rent | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 |
| | Total Revenue | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 2,985.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 |
| EXPENSES | Item | | | | | | | | | | | | |
| | Mortgage (escrowed taxes and ins.) | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 |
| | Water | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
| | Repairs and Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Total Expenses | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 |
| | Gross Profit (before taxes) | $ 940.00 | $ 940.00 | $ 940.00 | $ 940.00 | $ 940.00 | $ 940.00 | $ 940.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 |
| | Good Works Share | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Good Works Profit | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 470.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 |

| REVENUE | Source | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rent | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,170.00 | $ 3,170.00 | $ 3,170.00 | $ 3,170.00 | $ 3,170.00 |
| | Total Revenue | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,075.00 | $ 3,170.00 | $ 3,170.00 | $ 3,170.00 | $ 3,170.00 | $ 3,170.00 |
| EXPENSES | Item | | | | | | | | | | | | |
| | Mortgage (escrowed taxes and ins.) | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 | $ 1,875.00 |
| | Water | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
| | Repairs and Maintenance | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 | $ 100.00 |
| | Total Expenses | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 | $ 2,045.00 |
| | Gross Profit (before taxes) | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,030.00 | $ 1,125.00 | $ 1,125.00 | $ 1,125.00 | $ 1,125.00 | $ 1,125.00 |
| | Good Works Share | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Good Works Profit | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 515.00 | $ 562.50 | $ 562.50 | $ 562.50 | $ 562.50 | $ 562.50 |