**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **GOOD WORKS HOUSING LLC,** | **:** | **CHAPTER 11, SUBCHAPTER V** |
| | **:** | |
| **Debtor.** | **:** | **BANKRUPTCY NO. 25-12224-djb** |

**CONFIRMED PURSUANT TO 11 U.S.C. §1191(b)**

AND NOW, upon consideration of the Debtor's Fifth Amended Plan of Reorganization

and accompanying documents, and after notice and hearing, it is hereby **ORDERED** that:

1. The Plan is confirmed pursuant to 11 U.S.C. § 1191(b).

2. The Debtor will be making the distributions under the Plan.

   a. Notwithstanding anything in the Plan to the contrary, the Debor shall serve as the disbursing agent and shall make all required Plan payments, during the life of the Plan.  The Subchapter V Trustee shall not serve as disbursing agent under the Plan.

   b. Notwithstanding anything in the Plan to the contrary, the Subchapter V Trustee's appointment shall remain in place and extend post-confirmation.  The Subchapter V Trustee's post-confirmation duties shall be limited to monitoring activities in the case to ensure payments under the confirmed Plan commence and continue.

   c. Notwithstanding anything in the Plan to the contrary, where the Debtor is the disbursing agent, the Subchapter V Trustee shall still be required to file the *Chapter 11 Subchapter V Trustee's Final Report and Account* upon the Debtor's completion of payments.

3. Payments will be made for thirty-six (months) on a monthly basis on or before the 30th of each month.

4. The Debtor must file post-confirmation reporting (the "Reports") from the date of entry of this Order until the time of closing of the bankruptcy case.  The Reports must comply with Local Rule 3021-1 and must include the small business post-confirmation report required by the Office of the United States Trustee, which form is entitled *Office Of The United States Trustee - Region 3 Post-Confirmation*

*Quarterly Summary Report*.  The Debtor shall file each Report on or before the 20th day after the end of each calendar quarter.

5. No later than fourteen (14) days after the Plan's Effective Date, the Debtor shall file and serve a Notice of Effective Date.

6. If the Debtor fails to make payment or perform any obligation under the Plan:

   The applicable provisions in the confirmed Plan of Reorganization pertaining to default shall be implemented.

BY THE COURT:


Date: _____     _____

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE