**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **GOOD WORKS HOUSING LLC** | : | **CHAPTER 11, SUBCHAPTER V** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 25-12224-djb** |

**CERTIFICATION OF SERVICE**

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before May 30, 2026, copies of the Debtor's Conformed Fifth Amended Plan of Reorganization, together with Exhibits "A-1", "A-2", "B", "C" and "D" and redline comparison with Fourth Amended Plan of Reorganization, was served on the following parties by Court-generated ECF Notice, and/or I served copies by e-mail, as indicated below, at the following addresses:

Richard E. Furtek, CPA                         (ECF Notice; e-mail to rfurtek@furtekassociates.com)
Subchapter V Trustee
Furtek & Associates LLC
Lindenwood Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA  19355

Office of the United States Trustee            (ECF Notice; e-mail to John.Schanne@usdoj.gov
Attention:  John Henry Schanne, Esquire          and ustpregion03.ph.ecf@usdoj.gov)
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

City of Philadelphia Water Revenue Bureau      (E-mail to megan.harper@phila.gov
c/o Megan N. Harper, Esquire                     and Pamela.Thurmond@phila.gov)
and Pamela Elchert Thurmond, Esquire
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

(continued on next page)

Service List (continued):

City of Philadelphia/School District of Philadelphia    (ECF Notice; e-mail to megan.harper@phila.gov)
c/o Megan N. Harper, Esquire
Divisional Deputy City Solicitor
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

U.S. Bank, Trust Company, N.A.,                 (ECF Notice; e-mail to seisenberg@sterneisenberg.com;
as Trustee for Velocity Commercial                djones@sterneisenberg.com;
Capital Loan Trust 2023-1                          bkecf@sterneisenberg.com)
c/o Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA  18976

Sherman Bridge Alt Fund, LP                    (ECF Notice; e-mail to rsomach@norris-law.com)
c/o Richard Brent Somach, Esquire
Norris McLaughlin, P.A.
515 West Hamilton Street, Suite 502
Allentown, PA  18101

Wilmington Savings Fund Society, FSB           (E-mail to mcohen@mwc-law.com;
c/o Marisa Myers Cohen, Esquire                  alubin@mwc-law.com)
and Andrew Lubin, Esquire
McCabe, Weisberg & Conway
1420 Walnut Street, Suite 1501
Philadelphia, PA  19102

Philadelphia Community Development             (ECF Notice; e-mail to kladd@utbf.com)
    Coalition, Inc.
c/o Kristen Wetzel Ladd, Esquire
Unruh, Turner, Burke & Frees
17 West Gay Street, Suite 200
West Chester, PA  19380

Jiciana Knight                                 (E-mail to knightjiciana@gmail.com)
1125 South 56th Street
Philadelphia, PA  19143

(continued next page)

Service List (continued):

Mercedes-Benz Financial Services USA LLC      (ECF Notice; e-mail to hreadshaw@raineslaw.com)
c/o Harry A. Readshaw, Esquire
11 Stanwix Street, Suite 750
Pittsburgh, PA  15222

Mercedes-Benz Financial Services USA LLC      (E-mail to EVonEitzen@wnj.com)
c/o Elisabeth Von Eitzen, Esquire
Warner Norcross + Judd LLP
180 E. Water Street, Suite 7000
Kalamazoo, MI  49007-3876

PECO - Bankruptcy Unit      (E-mail to lynn.zack@exeloncorp.com)
Attention:  Lynn R. Zack, Esquire
Assistant General Counsel
2301 Market Street, S4-1
Philadelphia, PA  19103

Equidity Investment Group LLC      (ECF Notice; e-mail to wwolf@goldbergwolf.com)
c/o Warren Wolf, Esquire
Goldberg & Wolf, L.L.C.
1949 Berlin Road, Suite 201
Cherry Hill, NJ  08003-3737

Independent Investors      (ECF Notice; e-mail to elp@edwardlpaulpc.com)
c/o Edward L. Paul, Esquire
1103 Laurel Oak Road, Suite 105C
Voorhees, NJ  08043

Aleksander Allen      (E-mail to apburns@shapirocroland.com,
300 District Drive - #105       alekallen@gmail.com; and info@ccexotics.com)
Asheville, NC  28803

Anthony S. Goodwin, Jr.      (E-mail)
8 Chipley Run
Voorhees, NJ  08043

Any Other Creditors on the Clerk's Notice List      (ECF Notice)

(continued next page)

Service List (continued):

Good Works Housing LLC                          (E-mail)
207 East Broad Street
Palmyra, NJ  08065

                              REGIONAL BANKRUPTCY CENTER OF
                              SOUTHEASTERN PA, P.C., by:


                              _____
                              Roger V. Ashodian
                              Attorney ID #42586
                              101 West Chester Pike, Suite 1A
                              Havertown, PA  19083
                              (610) 446-6800

                              Attorney for Debtor